Wayne Joseph Blanchard, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Francisco Cervantes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cervantes has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Dexter Edward THOMPSON,**
**Defendant–Appellant.**

No. 06–30614
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Stephanie A. Finley, Assistant U.S. Attorney, U.S. Attorney's Office Western

---

District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Andrew Michael Casanave, Lake Charles, LA, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Dexter Edward Thompson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Thompson has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.